

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00356-CV

Joe **GOMEZ** and Janie Gomez,
Appellants

v.

James T. **WADE** D/B/A Stenwade LLC,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 16-207-CCL
Honorable William R. Palmer Jr., Judge Presiding

# O R D E R

The appellate record was complete on July 12, 2016; Appellants' brief was due on August 11, 2016. *See* TEX. R. APP. P. 38.6(a). To date, Appellants have not filed either (1) a motion for extension of time to file the brief or (2) the brief.

We ORDER Appellants to show cause in writing within TEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellants' written response must include a reasonable explanation for Appellants' failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellants fail to show cause as ordered, this appeal may be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court